Anderson, Appellant, *v.* Gould et al.

*William A. Goichman,* for appellant.

*Roger B. Wood,* with him *Joseph R. Thompson,* for appellees.

OPINION PER CURIAM, May 23, 1973:
Decree affirmed. Costs on appellant.